**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRANKLIN CAMILLO, et al, ) | Case No.: 12-3419 PSG |
| Plaintiffs, ) | **ORDER TO SHOW CAUSE** |
| v. ) | |
| WASAU MORTGAGE CORPORATION, ) et al, ) | |
| Defendants. ) | |

On September 4, 2012, Plaintiffs Franklin Camillo, et al, ("Plaintiffs") failed to appear at a case management conference hearing or to file a case management statement.

IT IS HEREBY ORDERED that no later than December 17, 2012, Plaintiff shall file a declaration showing cause, if any, why this case should not be dismissed for failure to prosecute.[1]

Dated: November 15, 2012

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Fed. R. Civ. P. 41(b).