UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRANKLIN CAMILLO, et al, <br><br>　　　　　Plaintiffs, <br><br>　v. <br><br>WASAU MORTGAGE CORP., et al, <br><br>　　　　　Defendants. | Case No.: C 12-3419 PSG <br><br>**ORDER THAT CASE BE REASSIGNED WITH RECOMMENDATION THAT THE CASE BE DISMISSED** |

　　　　After Plaintiffs Franklin Camillo, et al, ("Plaintiffs") failed to appear for a case management conference on September 4, 2012, this court ordered Plaintiff to show cause in writing by December 17, 2012 why the case should not be dismissed for failure to prosecute.[1] The docket reflects that Plaintiff has taken no further steps in this case, and the deadline to show cause has long since passed.

　　　　Accordingly, the court hereby ORDERS that this case be reassigned to a District Judge[2] with the recommendation that Plaintiff's complaint be dismissed for failure to prosecute.

---

[1] *See* Docket No. 6.

[2] This court is ordering reassignment to a District Judge because, absent consent of all parties, a Magistrate Judge does not have the authority to make case-dispositive rulings. *See, e.g.*, *Tripati v. Rison*, 847 F.2d 548, 548-49 (9th Cir. 1988).

ORDER, *page 1*

| | |
|---|---|
| Dated: January 28, 2013 | _____<br>PAUL S. GREWAL<br>United States Magistrate Judge |